# Court of Appeals
# of the State of Georgia

ATLANTA,   April 18, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1330.  PHILLIP ANTHONY HARWOOD v. THE STATE.**

Phillip Harwood pled guilty to voluntary manslaughter in February 2003. Since then, he has filed several motions for out-of-time appeal. We have already affirmed the trial court's denial of his first and second motions. See *Harwood v. State*, 303 Ga. App. 23, 692 SE2d 665 (2010); *Harwood v. State*, Case No. A12A1543 (2012) (unpublished). He now seeks review of the trial court's denial of his third motion.

This appeal is barred by res judicata. Under this doctrine, a party is barred from re-litigating an issue that either was, or should have been, litigated in a prior proceeding. See *Vought Aircraft Indus. v. Faulds*, 281 Ga. App. 338, 339 (636 SE2d 75) (2006); see also *Stirling v. State*, 199 Ga. App. 877 (199 Ga. App. 877) (1981) ("It is axiomatic that the same issue cannot be relitigated *ad infinitum*."). Because we have already determined that Harwood is not entitled to an out-of-time appeal, we are without jurisdiction to revisit this matter. See *Stirling*, supra. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/18/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



*, Clerk.*